UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-80395-CIV-MIDDLEBROOKS/Brannon

JUAN C. VELASQUEZ ANDRES,

    Petitioner,

v.

JUDGE JANICE BRUSTARES KEYSTER,

    Respondent.

_____/

## ORDER

THIS CAUSE is before the Court on Petitioner's "Complaint for Violation of Civil Rights and Petition for Emergency Hearing for Injunction," filed on March 27, 2018. (DE 1). The Petitioner is the father of a minor child who is pending deportation, and the Respondent is a Palm Beach County Circuit Judge. The petition seeks relief under 42 U.S.C. § 1983.

The petition alleges that in February of 2018, the Respondent, in connection with her handling of a state family court case, made certain rulings that now operate to prevent Petitioner's minor child from seeking Special Immigrant Juvenile Status in the United States. The petition seeks emergency relief because the child is presently in removal proceedings and must apply for special protected status in advance of his next scheduled appearance in Immigration Court, which will occur on September 26, 2018. The petition further states that should this Court deny relief, Plaintiff will require sufficient time in advance of the child's September court date to seek appellate review.

Although the circumstances do not rise to the level of an emergency, the Court agrees that an expedited disposition of this matter is appropriate. The Court will schedule briefing and/or hearings accordingly, and will do so by separate Order.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 29th day of March, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record